STATE v. BROWN

No. 528A93

Case below: 112 N.C.App. 390

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 27 January 1994.

STATE v. CHAMBERS

No. 488P93

Case below: 112 N.C.App. 545

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 January 1994. The temporary stay is dissolved 3 January 1994.

STATE v. CHEEK

No. 3P94

Case below: 113 N.C.App. 203

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 31 January 1994.

STATE v. EVANS

No. 535P93

Case below: 112 N.C.App. 545

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. GUNTER

No. 392P93

Case below: 111 N.C.App. 621

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.